UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ryan Nichols, | ) | CASE NO. 1:10CV2793 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Margaret Bradshaw, Warden, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

     A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 has been filed in this Court. The Court, having examined the petition in accordance with Rule 4 of the Rules Governing § 2254 cases, cannot determine from the face of the petition that petitioner is not entitled to relief. THEREFORE,

     (1)    Respondent shall file an answer to the petition within sixty (60) days from the date of this order. The answer shall comply with Rule 5 of the Rules Governing § 2254 Cases, and shall address all legal issues raised in the petition.

     (2)    Petitioner shall have thirty (30) days from the filing of respondent's answer to respond thereto.

     (3)    Respondent shall have fifteen (15) days from the filing of petitioner's reply brief to respond thereto.

     Briefs filed by the parties shall contain a summary of the facts upon which they rely and shall, where applicable, make specific reference to those portions of the record relied

upon (page or exhibit number). Brief shall also contain statements of the applicable law and citations to relevant cases and statutory authorities.

     IT IS SO ORDERED.

                      /s/ Patricia A. Gaughan
                      PATRICIA A. GAUGHAN
                      United States District Judge

Dated: 1/14/11